

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

| | |
|---|---|
| *970 Broad Street, Suite 700* | general number: (973)645-2700 |
| *Newark, NJ 07102* | telephone number:(973) 645-2834 |
| | fax number: (973) 645-3210 |
| | e-mail:kelly.parker-battle@usdoj.gov |

March 23, 2012

Hon. Stanley R. Chesler
Dr. Martin Luther King, Jr.
 Federal Building
50 Walnut Street
Newark, New Jersey  07102

          Re:   United States of America v. Roberto Reynosol
                   Criminal Action No. 03-533

Dear Judge Chesler:

      We herewith request that the Application and Order for Writ of Garnishment in the above captioned matter be withdrawn.

      Thank you for your assistance in this matter.

                                      Respectfully submitted,

                                    PAUL J. FISHMAN
                                    United States Attorney

                       By:   KELLY C. PARKER-BATTLE
                                Financial Specialist

Encl.

PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2736
LAB0321
(FLU:KCPB)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        *Plaintiff,*<br>v.<br><br>ROBERTO REYNOSO,<br><br>                        *Defendant,*<br>      and<br><br>NUWEST LOGISTICS, LLC.,<br>and its successors or assigns,<br><br>                        *Garnishee.* | Hon. Stanley R. Chesler<br><br>Criminal No. 03-533<br><br>ORDER |

This matter having been opened to the Court by the U.S. Attorney, PAUL J. FISHMAN for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 4th day of April, 2012

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

HON. STANLEY R. CHESLER
Judge, U.S. District Court
